**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK**

---

RALPH BUCK PHILLIPS,

      Plaintiff,

  v.                  9:12-CV-59
                       (FJS/ATB)

DALE ARTUS, Superintendent, sued in personal and official capacity; T. POURPOSE, Correctional Officer, sued in personal and official capacity; R. MOSELY, Correctional Officer, sued in personal and official capacity; C. TRUDEAU, Correctional Officer, sued in personal and official capacity; D. AMO, Food Services Administrator, sued in personal and official capacity; JOHN DOE, Head Cook, sued in personal and official capacity; ROBERT SHATTINGER, Director of Nutritional Services, sued in personal and official capacity; T. BROUSSEAU, I.G.R.C. Supervisor, sued in personal and official capcacity; and K. BELLAMY, I.G.P. Director, sued in personal and official capacity,

      Defendants.

---

**APPEARANCES**            **OF COUNSEL**

**RALPH BUCK PHILLIPS**
**06-B-3437**
Upstate Correctional Facility
P. O. Box 2001
Malone, New York 12953
Plaintiff *pro se*

**OFFICE OF THE NEW YORK STATE**   **KRISTEN M. QUARESIMO, AAG**
**ATTORNEY GENERAL**         **KELLY L. MUNKWITZ, AAG**
The Capitol
Albany, New York 12224
Attorneys for Defendants

**SCULLIN, Senior Judge**

**ORDER**

Currently before the Court is Magistrate Judge Baxter's November 12, 2013 Report-Recommendation, in which he recommended that this Court grant Defendants' motion to dismiss with prejudice pursuant to Federal Rules of Civil Procedure 37 and 41(b). *See* Dkt. 46. The parties did not file any objections to this recommendation.

When a party does not object to a magistrate judge's report-recommendation, the court reviews that report-recommendation for clear error or manifest injustice. *See Linares v. Mahunik*, No. 9:05-CV-625, 2009 WL 3165660, *10 (N.D.N.Y. July 16, 2009) (citation and footnote omitted). After conducting this review, "the Court may 'accept, reject, or modify in whole or in part, the . . . recommendations made by the magistrate judge.'" *Id*. (quoting 28 U.S.C. § 636(b)(1)(C)).

The Court has reviewed Magistrate Judge Baxter's November 12, 2013 Report-Recommendation for clear error and manifest injustice; and, finding none, the Court hereby

**ORDERS** that Magistrate Judge Baxter's November 12, 2013 Report-Recommendation is **ACCEPTED in its entirety** for the reasons stated therein; and the Court further

**ORDERS** that Defendants' motion to dismiss Plaintiff's complaint in its entirety with prejudice is **GRANTED** pursuant to Rules 37 and 41(b) of the Federal Rules of Civil Procedure; and the Court further

**ORDERS** that the Clerk of the Court shall enter judgment in favor of Defendants and close this case; and the Court further

**ORDERS** that the Clerk of the Court shall serve a copy of this Order on the parties in accordance with the Local Rules.

**IT IS SO ORDERED**.

Dated: December 6, 2013
      Syracuse, New York

Frederick J. Scullin, Jr.
Senior United States District Court Judge